UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

STATE FARM FIRE AND CASUALTY         CIVIL ACTION NO.:
COMPANY and OAK PARK BAPTIST
CHURCH

VS.

BARBOUR CORPORATION, ET AL

## NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, come defendants, Travelers Property Casualty Company of America, Barbour Corporation, and Watts Water Technologies, Inc., ("Defendants"), who, which pursuant to 28 U.S.C. §§ 1441 and 1446, respectfully file this Notice of Removal. In support of this removal, Defendants assert the following:

1.

On or about May 14, 2012, plaintiffs filed this action in the Civil District Court, Parish of Orleans, State of Louisiana, under the caption *"State Farm Fire and Casualty Company and Oak Park Baptist Church vs. Barbour Corporation, et al,"* Docket Number 2012-04788, Section 15, Division A. A copy of the Plaintiffs' original petition is attached to this Notice of Removal as Exhibit "A.".

2.

Travelers Property Casualty Company of America was served through its agent for service of process on June 6, 2012. Barbour Corporation was served via long-arm service on June 4, 2012. Watts Water Technologies, Inc. was served via long-arm service on June 4, 2012. Therefore, this Notice of Removal is being filed within thirty (30) days after the receipt, through service or otherwise, of a copy of the petition from which it was first ascertained that the case is one that is removable to federal court which is attached hereto as Exhibit A.

3.

This suit is being removed less than one (1) year after the commencement of this action in state court.

4.

Pursuant to 28 U.S.C. §1441(a), removal venue is appropriate as the United States District Court for the Eastern District of Louisiana is the district within which the above described state court action is pending.

5.

This Court has jurisdiction pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1441, because the real parties in interest are citizens of different states and the amount in controversy exceeds SEVENTY-FIVE THOUSAND AND NO/100 ($75,000.00) DOLLARS, exclusive of costs and interest.

6.

28 USC §1332(c)(1) provides a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business.

7.

Plaintiff, State Farm Fire And Casualty Company is incorporated in the state of Illinois with its principal place of business in the state of Illinois.  Plaintiff, Oak Creek Baptist Church (hereinafter referred to as "Oak Park"), a non-profit religious organization, is incorporated in the state of Louisiana, with its principal place of business in New Orleans, Louisiana.

8.

Defendant, Travelers Property Casualty Company of America is incorporated in the state of Connecticut with its principal place of business in Connecticut.   Defendant, Barbour Corporation is incorporated in the state of Massachusetts with its principal place of business in Massachusetts.

610729.1

Watts Water Technologies, Inc. is a Delaware corporation with its principal place of business in New Hampshire. Based on the foregoing, all plaintiffs are completely diverse from all properly joined and served defendants.

9.

The suit alleges that either Barbour Corporation or Watts Water Technologies manufactured an allegedly defective water supply line plastic coupling nut, which malfunctioned and failed, allegedly causing flooding to occur in Oak Park Baptist Church, causing significant water damage to the church. The suit further alleges that Travelers Property Casualty Company of America issued to Barbour Corporation an insurance policy which provides coverage for damages resulting from the flooding of Oak Park Baptist Church.

10.

The suit further alleges that Defendants are liable to State Farm and Oak Park Baptist Church for damages sustained as a result of the flooding, together with legal interest thereon from date of judicial demand until paid, for the recovery of any deductible paid by Oak Park, and for all costs of these proceeding. Based on earlier correspondence from plaintiff, undersigned counsel represents that the alleged damages sought by Oak Park exceed the sum of $200,000.00. See Letter from State Farm Insurance Companies attached hereto as Exhibit "B."

11.

As a result of the foregoing allegations, Defendants believe and aver that the amount in controversy in the above entitled action, exclusive of interest and costs, clearly exceeds the jurisdictional amount of SEVENTY-FIVE THOUSAND AND NO/100 ($75,000.00) DOLLARS set forth in 28 U.S.C. §1332 and incorporated in 28 U.S.C. §1441(a), which allows removal of a state court action to federal court.

12.

No defendant, properly joined and served, is a citizen of the State of Louisiana.

610729.1

13.

All defendants properly joined and served join in, or consent to, this Notice of Removal. The Consent to Removal executed by Watts Water Technologies, Inc., is attached to this Notice of Removal as Exhibit "C."

14.

Pursuant to 28 U.S.C. §1446, a copy of all process, pleadings, and orders served upon defendants, Travelers Property Casualty Company of America and Barbour Corporation, are attached to this Notice of Removal as Exhibit "A."

15.

Contemporaneous with the filing of this Notice of Removal, Travelers Property Casualty Company of America and Barbour Corporation have given the Civil District Court, Parish of Orleans, State of Louisiana, written notice of removal, a copy of which is attached hereto as Exhibit "D".

19.

In addition, contemporaneous with the filing of this Notice of Removal, Travelers Property Casualty Company of America and Barbour Corporation have provided all adverse parties, written notice of removal, a copy of which is attached hereto as Exhibit "E".

WHEREFORE, Defendants, Travelers Property Casualty Company of America and Barbour Corporation, pray that this Notice of Removal be accepted by this Honorable Court as good and sufficient and that this Court enter such orders as may be proper in the premises.

610729.1

By Attorneys,

TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P

By s/C. Michael Hart
   C. Michael Hart #14352
   L. Adam Thames #32722
   451 Florida Street, 8th Floor
   P.O. Box 2471
   Baton Rouge, LA 70801/70821
   Phone: (225) 387-3221
   Fax: (225) 346-8049
   Email: mike.hart@taylorporter.com

Attorneys for Travelers Property Casualty Company of America and Barbour Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2012, a true and correct copy of the foregoing document was served to the State Court Clerk and to counsel for plaintiffs' by depositing a copy in the United States mail.

       s/ C. Michael Hart
       C. Michael Hart