UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY and OAK PARK BAPTIST CHURCH | CIVIL ACTION NO.: 2012-01636 |
| | JUDGE JAY C. ZAINEY |
| VS. | MAGISTRATE ALMA L. CHASEZ |
| BARBOUR CORPORATION, ET AL | |

### ORDER

CONSIDERING THE FOREGOING MOTION,

**IT IS ORDERED** that the Plaintiffs', State Farm Fire and Casualty Company and Oak Park Baptist Church, Motion for Voluntary Dismissal of Watts Water Technologies be and is hereby granted, dismissing plaintiffs' claims against Watts Water Technologies, without prejudice, reserving to plaintiffs all rights to proceed against any other party.

**SIGNED** this __17th__ day of __August__, 2012, at New Orleans, Louisiana.

_____
Honorable Jay C. Zainey

Judge, United States District Court

614938.1